IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SANDRA J. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-07-1418-D |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §405(g) for review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for disability insurance and supplemental security income benefits. The matter was referred to United States Magistrate Judge Valerie K. Couch for initial proceedings in accordance with 28 U.S.C. §636 (b)(1)(B). The Magistrate Judge filed a Report and Recommendation [Doc. No. 18] in which she recommended that the Commissioner's decision be reversed and the matter remanded for further administrative proceedings.

In the Report and Recommendation, the Magistrate Judge advised the parties of their right to file objections to the findings and conclusions set forth therein; she also cautioned them that failure to timely object would constitute a waiver of their right to appellate review of the Report and Recommendation. The Magistrate Judge scheduled a December 11, 2008 deadline for filing objections. To date, neither party has filed objections. Therefore, the Report and Recommendation [Doc. No. 18] is adopted as though fully set forth herein. The decision of the Commissioner is REVERSED and this action is REMANDED for further administrative proceedings as specified in

the Report and Recommendation.

    IT IS SO ORDERED this __17th__ day of February, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE